**FORM 3**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| TRINA SOLAR SCIENCE & TECHNOLOGY (THAILAND) LTD. and M.L.T. SOLAR ENERGY PRODUCT CO., LTD.<br><br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>UNITED STATES,<br><br>　　　　　　Defendant. | Court No. 25-00166 |

TO:   The Attorney General and the Department of Commerce

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

　　　　　　　　　　　　　　　　　　/s/ Mario Toscano
　　　　　　　　　　　　　　　　　　Clerk of the Court

1. (Name and standing of plaintiff):  Plaintiffs, Trina Solar Science & Technology (Thailand) Ltd. ("TTL") and M.L.T. Solar Energy Product Co., Ltd. ("MLT"), are foreign producers and exporters of the merchandise subject to investigation, crystalline silicon photovoltaic cells, whether or not assembled into modules, from Thailand.

    Plaintiffs were active participants in the antidumping investigation proceeding that led to the determination being challenged.  Plaintiff TTL was a mandatory respondent, and Plaintiff MLT was an interested party as a producer of subject merchandise.  Plaintiffs therefore have standing to bring this action pursuant to 19 U.S.C. §1516a(d) and 28 U.S.C. §2631(c) as interested parties that were parties to the proceeding identified below.

2. (Brief description of contested determination):  Plaintiffs contest certain aspects of the U.S. Department of Commerce's final determination of sales at less than fair value in its antidumping duty investigation of *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From Thailand*.  Commerce issued a final determination calculating an individual antidumping duty margin for Plaintiff TTL, which also served as the "all others" rate applicable to non-examined Thai producers and exporters.  This

determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i); 19 U.S.C. § 1516a(a)(2)(B)(i); and 28 U.S.C. § 1581(c).

3. (Date of determination):  Commerce issued its final determination on April 18, 2025.

4. (If applicable, date of publication in Federal Register of notice of contested determination): Commerce published its final determination in the Federal Register on April 25, 2025 (90 Fed. Reg. 17395).  Commerce subsequently published its antidumping duty order in the Federal Register on June 24, 2025 (90 Fed. Reg. 26786).

/s/ Jonathan M. Freed
Jonathan M. Freed
Kenneth N. Hammer
MacKensie R. Sugama
Doris Di
TRADE PACIFIC PLLC
700 Pennsylvania Avenue, SE
Suite 500
Washington, DC  20003
Tel:  (202) 223-3760
jfreed@tradepacificlaw.com

*Counsel to Plaintiffs*

July 24, 2025
Date

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-in-Charge
U.S. DEPARTMENT OF JUSTICE
International Trade Field Office
Commercial Litigation Branch - Civil Division
26 Federal Plaza – Room 346
New York, NY  10278

Jeanne Davidson, Esq.
Director
Commercial Litigation Branch – Civil Division
U.S. DEPARTMENT OF JUSTICE
1100 L Street, NW
Room 12124
Washington, DC  20530

General Counsel
U.S. DEPARTMENT OF COMMERCE
14th Street & Constitution Avenue, NW
Room 5875
Washington, DC  20230

Chief Counsel
Office of the Chief Counsel for Trade Enforcement & Compliance
U.S. DEPARTMENT OF COMMERCE
14th Street and Constitution Ave., NW
Room 3622
Washington, DC 20230

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)